IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: <u>1:17-cv-171-c</u>

2. Style of case: <u>BEWLEY AUTO  vs ALLSTATE INSURANCE COMPANY</u>

3. Nature of suit: BREACH OF CONTRACT

4. Method of ADR used:     **X Mediation**          ☐ Mini-Trial          ☐ Summary Jury Trial

5. Date ADR session was held: <u>10/09/18</u>

6. Outcome of ADR (*Select one*):

    ☐ Parties did not use my services.              ☐ Settled, in part, as result of ADR

    **X** Settled as a result of ADR.              ☐ Parties were unable to reach settlement.
    ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: <u>$1,500.00</u>

8. Duration of ADR: <u>Half Day</u>   (i.e., one day, two hours)

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
   (Provider)

    MARY BURDIN
    JAKE ROGIERS, Esq. (Plaintiff Attorney)
    DANIEL BUECHLER, Esq. (Defense
    Attorney)

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    Mary Burdin

    Signature

    <u>4514 Cole Avenue, Dallas, TX 75205-4181</u>
    Address

    <u>October 11, 2018</u>
    Date

    <u>(214)528-1411</u>
    Telephone